# UNITED STATES DISTRICT COURT

ATTACHMENT 5

_Federal_ District of _Massachusetts_

Aleister Sibilia Lopez and on Behalf of All NonCommerical Drivers not License in Massachusetts     Plaintiff

V.

Commonwealth of Massachusetts
Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER:

I, _Aleister Sibilia Lopez_, declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant     ☒ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☒ Yes     ☐ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _Souza-Baranoski Correctional Centre_

   Are you employed at the institution? _No_   Do you receive any payment from the _No_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     ☐ Yes     ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes     ☒ No
   b. Rent payments, interest or dividends     ☐ Yes     ☒ No
   c. Pensions, annuities or life insurance payments     ☐ Yes     ☒ No
   d. Disability or workers compensation payments     ☐ Yes     ☒ No
   e. Gifts or inheritances     ☒ Yes     ☐ No
   f. Any other sources     ☐ Yes     ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

I receive gifts from a friend so that I may buy necessities from the Commissary, they have been from $50.00 to 30.00 dollars a month. I expect that about $30.00 to $40.00 dollars a month shall be sent.

4. Do you have **any** cash or checking or savings accounts?   ☒ Yes    ☐ No

   If "Yes," state the total amount.  $10.03

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   None

I declare under penalty of perjury that the above information is true and correct.

12/7/04
Date

Aleister Sibilia Lopez
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20041115 15:46

| | | | | | | |
|---|---|---|---|---|---|---|
| Commit# : | W83566 | | SOUZA-BARANOWSKI CORRECTIONAL | | Page : | 4 |
| Name : | SIBILIA, ALEISTER, , | | Statement From | 20040515 | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | To | 20041115 | | |
| Block : | K1 | | | | | |
| Cell/Bed : | 37 /A | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Transaction before this Period : | | $33.92 | $0.00 | $0.00 | $0.00 |
| 20040610 07:36 | IS - Interest | 2938894 | | CON | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20040630 09:33 | IC - Transfer from Inmate to Club A/c | 3016646 | | CON | ~LOCK~INMATE BENEFIT - Z1~INMATE BENEFIT - Z1 | $0.00 | $5.00 | $0.00 | $0.00 |
| 20040706 09:48 | ML - Mail | 3038239 | | CON | ~MARY | $40.00 | $0.00 | $0.00 | $0.00 |
| 20040706 09:49 | ML - Mail | 3038245 | | CON | ~MARY | $40.00 | $0.00 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3086645 | | CON | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20040719 22:30 | CN - Canteen | 3112829 | | CON | ~Canteen Date : 20040719 | $0.00 | $5.28 | $0.00 | $0.00 |
| 20040726 22:30 | CN - Canteen | 3140856 | | CON | ~Canteen Date : 20040726 | $0.00 | $48.23 | $0.00 | $0.00 |
| 20040802 22:30 | CN - Canteen | 3169293 | | CON | ~Canteen Date : 20040802 | $0.00 | $26.02 | $0.00 | $0.00 |
| 20040809 22:30 | CN - Canteen | 3198385 | | CON | ~Canteen Date : 20040809 | $0.00 | $5.94 | $0.00 | $0.00 |
| 20040811 17:04 | IS - Interest | 3220483 | | CON | | $0.13 | $0.00 | $0.00 | $0.00 |
| 20040830 22:30 | CN - Canteen | 3299956 | | CON | ~Canteen Date : 20040830 | $0.00 | $18.37 | $0.00 | $0.00 |
| 20040903 22:30 | CN - Canteen | 3323148 | | CON | ~Canteen Date : 20040903 | $0.00 | $4.39 | $0.00 | $0.00 |
| 20040908 16:51 | IS - Interest | 3346555 | | CON | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20040922 08:43 | ML - Mail | 3404523 | | CON | ~SHULTZ, MARY, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040927 22:30 | CN - Canteen | 3426017 | | CON | ~Canteen Date : 20040927 | $0.00 | $11.89 | $0.00 | $0.00 |
| 20040930 12:00 | TI - Transfer from Institution | 3443549 | | CON | | $0.00 | $89.05 | $0.00 | $0.00 |
| 20040930 12:00 | TI - Transfer from Institution | 3443550 | | SBCC | | $89.05 | $0.00 | $0.00 | $0.00 |
| 20041008 22:30 | CN - Canteen | 3483038 | | SBCC | ~Canteen Date : 20041008 | $0.00 | $29.17 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3511598 | | SBCC | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20041015 22:30 | CN - Canteen | 3529535 | | SBCC | ~Canteen Date : 20041015 | $0.00 | $29.12 | $0.00 | $0.00 |
| 20041019 13:35 | IC - Transfer from Inmate to Club A/c | 3537681 | | SBCC | ~BRFS,THRTP,SX~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $24.84 | $0.00 | $0.00 |
| 20041029 22:30 | CN - Canteen | 3591070 | | SBCC | ~Canteen Date : 20041029 | $0.00 | $5.70 | $0.00 | $0.00 |
| 20041105 10:42 | CI - Transfer from Club to Inmate A/c | 3623739 | | SBCC | ~canteen refund 10/29~W83566 SIBILIA,ALEISTER PERSONAL~KCN WASH ACCOUNT - Z5 | $5.70 | $0.00 | $0.00 | $0.00 |
| 20041110 16:47 | IS - Interest | 3657122 | | SBCC | | $0.08 | $0.00 | $0.00 | $0.00 |
| 20041112 22:30 | CN - Canteen | 3673311 | | SBCC | ~Canteen Date : 20041112 | $0.00 | $5.60 | $0.00 | $0.00 |
| 20041115 10:32 | ML - Mail | 3676118 | | SBCC | ~MARY SHULTZ | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041115 10:32 | MA - Maintenance and Administration | 3676119 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| | | | | | | $325.13 | $309.60 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20041115 15:46

| | | | | Page : 5 |
|---|---|---|---|---|
| Commit# : | W83566 | SOUZA-BARANOWSKI CORRECTIONAL | | |
| Name : | SIBILIA, ALEISTER, , | Statement From | 20040515 | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | To | 20041115 | |
| Block : | K1 | | | |
| Cell/Bed : | 37 /A | | | |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $49.45 | $0.00 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $49.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |