Aleister Sibilia Lopez and on
Behalf of All Noncommercial Drivers
Not Licensed in Massachusetts

vs.

Commonwealth of Massachusetts

Federal District Court
Writ of Injunction

FILED
2004 DEC 13 P 1:00
U.S. DISTRICT COURT
DISTRICT OF MASS.

Now comes Aleister Sibilia Lopez in propria Persona, here in after referred to as Declarant, being a natural born Person and a Citizen of another States comes before this Honorable Court seeking Common-law remedy and relief, for what, he beliefs to be violations of his natural rights and of his right to travel freely.

On many occasions while traveling through Massachusetts Declarant has been stopped and detained for having violated the laws of the road according to Massachusetts' laws, such violations occurred on roads which have been maintained and/or built with Federal funds. Declarant has been cited and once arrested for operating a motor vehicle without having a license. Declarant does not and has never had a driver's license in Massachusetts, which would constitute an agreement with said state to obey its laws of the road. The right to travel is free and it is a right that has been maintained by the People prior and after the Conception of the Constitution for the United States of America, which protects such right by the 9th Amendment. The Federal Government recognizes such right for it does not have and has never enacted, any law which would enfringe upon the right to travel freely.

On the 25th day of April of 2003 Declarant was stopped, detained and then cited for speeding and not wearing a seatbelt in violation of his 4th Amendment right that protects him against unwarranted searches for speeding and not wearing a seatbelt are not crimes. Such acts by a Police officer in Massachusetts also violated Declarant's right to travel freely. These citations were for civil infractions which do not apply to Declarant for he has never entered into any agreement to obey Massachusetts' laws of the road. Said citations occurred while Declarant was traveling on a road maintained and/or constructed with Federal funds.

One of Two

Later, on the 3rd day of October of 2004 Declarant was stopped, detained and then arrested for operating a motor vehicle without a license and such arrest was not criminal. He was also cited for speeding. Declarant was on a road maintained and/or constructed with Federal funds when this happened and there was no indication that he had committed, was committing or was about to commit a crime, therefore by Declarant having been stopped and searched by a Police officer was in direct violation to his 4th Amendment right under the Constitution for the United States of America. His arrest and citations were in violation of his right to travel freely.

The Commonwealth of Massachusetts can not stop, detain and cite or arrest Persons who are driving on roads within the Commonwealth for which Federal funds have been used for their construction and/or maintanance if such Persons are not suspected of having committed, committing or about to commit a crime. If it is clear that such Persons have not given the Commonwealth the right to stop and detain them do to their lack of a Massachusetts driver's license then having been detained is against their 4th Amendment right.

Wherefore, Declarant, Aleister Sibilia Lopez, seeks an injunctive order prohibiting the Commonwealth of Massachusetts from stopping, detaining, citing or arresting any Person who is not license to operate a motor vehicle in the State of Massachusetts for having violated any of its laws of the road while on any road for which Federal funds have been used to construct or maintain said road.

Respectfully presented,

Aleister Sibilia Lopez
Aleister Sibilia Lopez
Harvard Road
P.O. Box 8000
Shirley, Massachusetts
United States of America
2nd day of December of 2004
Two of Two

Affidavit

I, Aleister Sibilia Lopez, swear and state that all the following is true to the best of my recollection and knowledge:

I do not have a driver's license issued by the Commonwealth of Massachusetts nor have I ever obtained one. The times I was pulled over, which I described in the Writ of Injunction, I had been driving vehicles which did not have a Massachusetts license plates. And I had been driving on roads which were constructed with and/or maintained with Federal funds.

Signed under pains and punishment of perjury this 7th day of December of 2004

*Aleister Sibilia Lopez*
Aleister Sibilia Lopez
Harvard Road
P.O. Box 8000
Shirley, Massachusetts
United States of America