Clerk of Courts
Federal District Court
Donohue Federal Building
595 Main Street
Worcester, Massachusetts
United States of America

FILED
IN CLERKS OFFICE 30th day of December of 2004
2005 JAN -3 P 12: 20

Dear Clerk:

Re: Aleister Sibilia Lopez and All Non-Commercial Drivers not Licensed in Massachusetts   Vs. Commonwealth of Massachusetts

On the 13th day of December of 2004 I mailed all necessary paper work inorder to file the above-captioned civil matter. I have not received conformation citing wether or not such filling was or was not done.

Would you please notify me if such civil matter has been filed or if not what other documents or information I need to provide inorder to it done.

Sincerelly,

Aleister Sibilia Lopez
Aleister Sibilia Lopez