UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 FEB 24 P 2:00
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| ALEISTER SIBILIA LOPEZ )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>COMMONWEALTH OF MASSACHUSETTS )<br>)<br>Defendant. )<br>) | C.A. No. 04-12675-PBS |

## NOTICE OF APPEARANCE

Please enter on the docket my appearance as counsel for the state Commonwealth of Massachusetts.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS,

By its attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Balakrishna

Annapurna Balakrishna, B.B.O. No. 655051
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, Massachusetts 02108-1698
(617) 727-2200, ext. 2678

Dated: February 22, 2005