Aleister Sibilia Lopez
Harvard Road
P.O. Box 3000
Shirley, Massachusetts
United States of America

4th day of April of 2005

Clerk of Courts
Federal District Court
1 Courthouse Way, Suite 2300
Boston, Massachusetts
United States of America

In re: Sibilia Lopez v. Commonwealth of Massachusetts
Case # 1:04-CV-12675-PBS

Dear Clerk:

It has been nearly two months since I sent the court the response it asked on its order to dismiss the complaint for lack of stating a claim in order to prevent the complaint from being dismissed. Said response was sent to the court prior to the deadline of 42 days from the order to dismiss. I have not received the Court's reply to the response I have submitted and because of such would like to know why and where is the complaint now standing? Would you please also send me a copy of the docket entry sheet.

Thank you for your assistance!

Sincerely,

Aleister Sibilia Lopez
Aleister Sibilia Lopez