Aleister Sibilia Lopez
Harvard Road
PO Box 5000
Shirley, Massachusetts
United States of America

FILED
...S OFFICE
20th day of April of 2005
A 11: 32

... DISTRICT COURT
...CT OF MASS

Clerk of Courts
Federal District Court
1 Courthouse Way, Suite 2300
Boston, Massachusetts
United States of America

Re: Aleister Sibilia Lopez vs. Commonwealth of Massachusetts
Civil Action No. 04-12675-PBS

Dear Clerk:

There is a clerical mistake in the naming of the case do to the fact that my other last name has been omitted for the case is referred to as Lopez v. Commonwealth of Massachusetts when it should be Sibilia Lopez v. Commonwealth of Massachusetts. I am originally from the Caribbean island country of the Dominican Republic and it is customary to have two last names, the first from ones father and the second from the mother, unless one is a bastard and therefore, would have only one. They are also separate words and unconnected by any punctuation such as a hyphen.

i Please make this correction so that it may be reflected on the record.

Sincerely,

Aleister Sibilia Lopez