Harvard Road
PO Box 8000
Shirley, Massachusetts
United States of America

1st day of May of 2005

Clerk of Courts
1 Courthouse Way
Suite 2300
Boston, Massachusetts
United States of America

Re: Aleister Sibilia Lopez vs Commonwealth of Massachusetts
    Civil Action No. 04-12675-PBS

It has been nearly three months since the time I sent and the Court received and entered into the file the Submission it requested, inorder to demonstrate good cause why the Complaint should not be dismissed entitled <u>Supplement and Amendment</u>, but the Court has not rendered a desicion upon it.

Please, place the said Submission upon the Court's calendar so that the assigned Judge, Judge Patti B. Saris could render a desicion and the case could then move forward, if favorable, or to allow Mr. Sibilia Lopez the ability to iniciate appeallet procedures, if not favorable.

Respectfully presented,

*Aleister Sibilia Lopez*
Aleister Sibilia Lopez