## Affidavit

I, Aleister Sibilia Lopez, affirm and depose all of the following to the best of my knowledge and recollection:

I drafted the complaint against the Commonwealth of Massachusetts to revolve around the main point from which all other three claims were based upon, and that was the violations of my rights under the 14th Amendment to the Constitution for the United States of America.

When the Court dismissed the complaint for lack of stating a claim and requested a submission showing good cause ~~was~~ for why the complaint should not be dismissed, I was confused by what the Court ment by a "submission." I then wrote a document better detailing those claims the court had failed to address in its Order and Memorandum, and then the one claim which it did. I entitled this document Supplement and Amendment and sent it before the provided time had elapse for such.

After waiting around a month and a half for the Court's response to the document I submitted and not having received any, I sent a letter to the clerk asking why a response had not been forth coming. The Clerk sent me a copy of the docket in hopes that it would satisfy my inquiry. Sometime later I realized that the Court was referring to a motion when it talked about a "submission." And that this was the reason why I had not received

(1 of 2)

a response to the Supplement and Amendment.

I believe that the complaint on itself did manage to state several claims for which relief could be given by the Court. It surprised me to see that the Court knowingly decided not to address the most important claim in the complaint, the violations of the 4th Amendment rights, because if the Court refuses to provide relief for such by dismissing a complaint that sufficiently states this as one of its claims, where am I or anyone supposed to seek relief for similar violations if not the Court?

Signed under pains and penalties of perjury this 21st day of June of 2005.

Aleister Sibilia Lopez
Aleister Sibilia Lopez
Hardvard Road
P.O. Box 8000
Shirley, Massachusetts
United States of America
(2 of 2)