Federal District Court for the District of Massachusetts

## Certificate of Service

I, the under signed, affirm and certify that the Defendant in Case Civil Action No. 04-12675-PBS has been served with notice of the present action taken by me, the Plaintiff. Service was provided by having sent the Defendant's Attorney of Record, Annapurna Balakrishna (Assistant Attorney General) true copies of the following:

1. <u>Motion to Vacate Dismissal Order and Memorandum</u>
   (3 pgs.) dated 11th day of June of 2005

2. Affidavit Sibilia Lopez
   (2 pgs.) dated 21st day of June of 2005

Said documents were placed in an envelope, then sealed and stamped, and addressed to:

Annapurna Balakrishna
Assistant Attorney General
One Ashburton Place
Boston, Massachusetts
United States of America

The envelope was later placed in the Souza-Baranowski Correctional Centre's internal mailing system on the 21st day of June of 2005, in order for it to be transferred to the United States Postal Service for first class delivery.

Signed under pains and penalties of perjury this 22nd day of June of 2005

Aleister Sibilia Lopez
Aleister Sibilia Lopez
Harvard Road
P.O. Box 8000
Shirley, Massachusetts
United States of America