Aleister Sibilia Lopez
Harvard Road
P.O. Box 8000
Shirley, Massachusetts
United States of America

22nd day of July of 2005

Clerk of Courts
Federal District Court
1 Courthouse Way, Suite 2300
Boston, Massachusetts
United States of America

Re: Sibilia Lopez vs. Commonwealth of Massachusetts, Civil Action
No. 04-12675-PBS

Dear Clerk:

I am writing inorder to inquire as to wether or not the Motion for Reconsideration of Dismissal Order which I, the Plaintiff, filed has been placed upon the Court Calendar for hearing and/or disposition? If it has, please issue a Writ of Habeas Corpus to the Superintendent of Souza Baranowski Correctional Centre directing her to transport the Plaintiff to court on the date the court has asigned. If said motion has not been placed on the court calendar, please do so immediately; but if for some reason(s) this cannot be done, please explain as to why it cannot.

Sincerely,

Aleister Sibilia Lopez
Aleister Sibilia Lopez