UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEISTER SIBILIA LOPEZ,    )<br>                              )<br>      Plaintiff,    )<br>                              )<br>   v.                    )  Civil Action No. 04-12675-PBS<br>                              )<br>COMMONWEALTH OF MASSACHUSETTS,  )<br>                              )<br>      Defendant.    ) | |

ORDER OF DISMISSAL

SARIS D.J.

    For the reasons stated in the Memorandum and Order dated DATE, this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2).

                                            SARAH A. THORNTON
                                            CLERK OF COURT

Dated: August 18, 2005        By  /s/Robert Alba
                                       Deputy Clerk