Aleister Sibilia Lopez
Hardvard Road
P.O. Box 8000
Shirley, Massachusetts
United States of America

11th day of ~~May~~ June of 2006

Clerk of Courts
Federal District Court
One Courthouse Way, Suite 2300
Boston, Massachusetts
United States of America

FILED
IN CLERKS OFFICE
2006 JUN 13 A 11: 15
U.S. DISTRICT COURT
DISTRICT OF MASS

In re: Sibilia Lopez vs. Commonwealth of Massachusetts
C.A. No. 04-12675-PBS

Dear Clerk:

Would you please furnish me with copies of the documents (Motions) that were filed by me — the Plaintiff in the above-mentioned matter — after the Court issued its order to dismiss? There should be two such documents in the record. And would you also include a copy of the docket entry sheet as well?

I ask that these documents, copies thereof, be provided at not cost for I am an indigent prisoner.

Thank you for your time and assistance!

Sincerely,

Aleister Sibilia

Aleister Sibilia