Aleister Sibilia Lopez
Hardvard Road
P.O. Box 8000
Shirley, Massachusetts
United States of America

FILED
IN CLERKS OFFICE
2006 JUN 27 P 1: 31
U.S. DISTRICT COURT
DISTRICT OF MASS.

26th day of June of 2006

Office of the Clerk
Federal District Court
One Court House Way, Suite 2300
Boston, Massachusetts
United States of America

In re: Sibilia Lopez vs. Commonwealth of Massachusetts,
C.A. No. 04-12675-PBS

Dear Clerk:

Would you please furnish me with a copy of a document I filed some time around the end of February and the begining of March of 2004, the title of which I can not recall but was an inept request to reconsider an order of dismissal. And would you also send me a copy of a motion that I filed some months after the filing of the above-mentioned document, entitled some where around "Motion for a Reconsideration of Order to Dismiss", which practically reiterates the request of the previously mentioned document. And finally, a copy of the docket entry sheet of said case.

Thank you for your time and assistance.

Sincerely,

Aleister Sibilia Lopez
Aleister Sibilia Lopez