Aleister Sibilia López
Hardvard Road
P.O. Box 8000
Shirley, Massachusetts
United States of America

FILED
IN CLERKS OFFICE

2006 JUL 14  P 12: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

12th day of July of 2006

Clerk of Courts
Federal District Court
One Court House Way, Suite 2300
Boston, Massachusetts
United States of America

In re: Aleister Sibilia López vs. Commonwealth of Massachusetts
C.A. No. 04-12675-PBS

Dear Clerk or Assistant:

This is my third request within the last sixty days for copies of certain documents pertaining to the above-mentioned case. Said documents are: the docket entry sheet, a documents filed by me — the Plaintiff — during February of 2005, and a motion for a reconsideration of the Court's order to dismiss the complaint. I am in need of said documents for they are required in order for me file an action in another Court. I had no access to a copy machine and lack paper when I filed said documents so I was unable to have made a copy for me of each. Would you please comply with this request within days of having received it?

Thank you for your time and assistance!

Sincerely,
*Aleister Sibilia López*
Aleister Sibilia López

Federal District Court

Certificate of Service

I, Aleister Sibilia López, being the Plaintiff in case number 1:06-cv-10473 (Sibilia López vs. Souza Baranowski Correctional Centre), now before the District Court affirm that on the 7th day of June of 2006 I sent the Defendant of said case: a copy of the Complaint which reflected the docket number, along with a Waiver of Service of Summons, and a Notice of Lawsuit. The notice specified that it had thirty days from the 8th day of said month in which to send me a copy of the signed Waiver of Service of Summons. Said Correspondence was addressed to the Superintendent of Souza Baranowski Correctional Centre, Lois Russo, and was sent via the United States Postal Service.

The post office stamped the receipt of such correspondence, meaning it had been handled by it, on the 10th day of June of 2006. See Exibit #1. And in my experience with correspondence in Massachusetts has taught me, intrastate mail is delivered a day after it has been post marked; therefore the Defendant, its executive officer, had to have received said correspondence on the 11th day of June of 2006.

It is now the 12th day of July of 2006, thirty-one days after said correspondence was delivered and thirty-four days since the deadline of providing me with a copy of the Waiver of Service of Summons, and I have not received anything from the Defendant. The waiver has been ignored. Delivery of said to me would not have been hard, for I live within the walls of the Defendant.

Signed under pains and penalties of perjury this 12th day of July of 2006

Aleister Sibilia López
Aleister Sibilia López
Harvard Road
P.O. Box 8000
Shirley, Massachusetts
United States of America

