Aleister Sibilia López
Hardvard Road
P.O. Box 8008
Shirley, Massachusetts
United States of America

FILED
2006 JUL 20 P 12: 38
U.S. DISTRICT COURT
DISTRICT OF MASS.

20th day of July of 2006

Office of the Clerk
Federal District Court
One Court House Way, Suite 2300
Boston, Massachusetts
United States of America

In re: Aleister Sibilia López vs. Commonwealth of Massachusetts,
C.A. No. 04-12675-PBS

Dear Assistants of the Clerk:

Please provide me with a copy of the complaint and supporting affidavit accompanying it, for I had sent your office the only original for filing at the time because I had no way of copying any documents and needed to take court action fast.

Please include this material along with the other material pertaining to this case that I have been requesting constantly for the past two months and have not yet received said. For all is needed for other legal purposes.

I am an indigent prisoner and further request that all such material be provided at no cost.

Sincerely,

Aleister Sibilia López
Aleister Sibilia López