Aleister Sibilia Lopez
Hardvard Road
P.O. Box 8000
Shirley, Massachusetts
United States of America

FILED
IN CLERKS OFFICE
2006 JUL 24 P 3:27
U.S. DISTRICT COURT
DISTRICT OF MASS.

21st day of July of 2006

Clerk's Office
Federal District Court
One Court House Way, Suite 2300
Boston, Massachusetts
United States of America

In re: Sibilia Lopez vs. Commonwealth of Massachusetts, C.A. No. 1:04-cv-12675-PBS

Dear Clerk's Assistant:

I have just become aware that a motion I had submitted was ruled upon, that such was done nearly a year ago — on August 18th of 2005 — and that your office's notice to me of this was undeliverable.

Would you please forward a copy of the Court's decision on No. 12, so that I may finally learn what the Court's position on such motion was based upon?

Thank you for your assistance in this matter.

Sincerely,

Aleister Sibilia Lopez
Aleister Sibilia Lopez